The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL SANDOVAL MONDRAGON, MARBELLA SANDOVAL MONDRAGON, MIGUEL ARCEF-FLORES, and MONICA ARCEF-FLORES, <br><br> Defendants. | NO. CR15-386 JLR <br><br> ~~(PROPOSED)~~ ORDER CONTINUING TRIAL DATE |

The Court has considered the Unopposed Motion for a Continuance filed by the government on February 11, 2016 (Docket No. 76), and the Unopposed Motion to Continue Trial Date and Pretrial Motions Due Date filed by Defendant Angel Sandoval Mondragon (Docket No. 75). The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure that defense counsel has adequate time for effective case preparation and to fully review the record and prepare a defense, and that failure to grant such a continuance will result in a miscarriage of justice. The Court further finds that these factors outweigh the best

SANDOVAL MONDRAGON et al./(PROPOSED) ORDER
CONTINUING TRIAL DATE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  interests of the public and the Defendants in a speedy trial within the meaning of the
2  Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).
3      The Court further finds that the period of time from February 11, 2016, until
4  December 16, 2016 shall be excludable time pursuant to the Speedy
5  Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(8)(B)(i) and (iv).
6      IT IS THERFORE ORDERED that the trial date in this matter is continued to
7  December 5, 2016 at 9:00am, and that pretrial motions shall be filed no later than
8  October 28, 2016. Discovery shall be completed by October 7, 2016.
9      DONE this 16th day of February, 2016.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

/s/ Catherine L. Crisham
Assistant United States Attorney

SANDOVAL MONDRAGON et al./(PROPOSED) ORDER
CONTINUING TRIAL DATE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SANDOVAL MONDRAGON et al./(PROPOSED) ORDER
CONTINUING TRIAL DATE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970