JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-386JLR |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| ANGEL SANDOVAL MONDRAGON, | |
| Defendant. | ~~PROPOSED~~ JLR |

THIS MATTER has come before the undersigned on the Defendant's Motion to Seal Defendant's Sentencing Memorandum and exhibits thereto. The Court has considered the motion and records in this case and finds there are compelling reasons to file the Defendant's Sentencing Memorandum and exhibits under seal.

IT IS ORDERED that Defendant's Sentencing Memorandum and exhibits be filed under seal.

DATED this 28th day of February, 2017.

_____
James L. Robart
United States District Judge

Presented by:

s/ *Dennis Carroll*
Federal Public Defender
Attorney for Angel Sandoval Mondragon

ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM - 1
USA v Sandoval Mondragon / CR15-386JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100