JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL SANDOVAL MONDRAGON, MARBELLA SANDOVAL MONDRAGON, AND MIGUEL ARCEF-FLORES, <br><br> Defendants. | NO. CR15-386JLR <br><br> ORDER GRANTING MOTION TO SEAL JOINT DEFENSE SENTENCING MEMORANDUM <br><br> ~~PROPOSED~~ |

THIS MATTER has come before the undersigned on the Joint Motion to Seal Joint Defense Sentencing Memorandum. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Joint Defense Sentencing Memorandum and exibits be filed under seal until further order of the Court.

DATED this 28th day of February, 2017.

James L. Robart
United States District Judge

Presented by:

s/ Corey Endo
Assistant Federal Public Defender
Attorney for Angel Sandoval Mondragon

ORDER GRANTING JOINT MOTION
TO SEAL JOINT SENT MEMORANDUM - 1
USA v. Mondragon, et al. / CR15-386JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100