The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL SANDOVAL MONDRAGON,<br><br>Defendant. | NO. CR15-386 JLR<br><br>(~~PROPOSED~~) ORDER SEALING GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDA<br><br>**Noting Date: March 17, 2017** |

Having read the Government's Response to Defendant's Sentencing Memoranda, in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that the memorandum be allowed to remain under seal,

It is hereby ORDERED that the Government's Response to Defendant's Sentencing Memoranda shall remain sealed.

DATED this 6th day of March, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

/s/ *Catherine L. Crisham*
Assistant United States Attorney

GOVERNMENT'S (PROPOSED) ORDER TO SEAL - 1
*United States v. Sandoval Mondragon*, CR15-386 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970